**No. 55584.**—Schenley Import Corp. et al. *v.* United States, protests 119365–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55585.**—Metal Traders, Inc. *v.* United States, protests 158956–K and 160837–K (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55586.**—Armour & Co. et al. *v.* United States, protests 162091–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MAY 24, 1951

**No. 55587.**—SUIT 4651.—Wm. J. Jones & Co. *v.* United States.—

C. D. 1247 affirmed March 30, 1951.  C. A. D. 453.

BEFORE THE FIRST DIVISION, MAY 29, 1951

**No. 55588.**—Bibi & Co. et al. *v.* United States, protests 141339–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of glass table articles similar in all material respects to those the subject of Abstract 55073, the claim of the plaintiffs was sustained.